962 So.2d 834 (2006)
A.B.
v.
E.S., Jr.
2050323.
Court of Civil Appeals of Alabama.
October 13, 2006.
Rehearing Denied January 12, 2007.
Certiorari Denied March 9, 2007.
Jonathan W. Pippin of Ables, Baxter, Parker & Hall, P.C., Huntsville, for appellant.
Vicki A. Bell, Huntsville, for appellee.
Alabama Supreme Court 1060663.
BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Rule 45, Ala. R.App. P.; Ex *835 parte Fann, 810 So.2d 631 (Ala.2001); Lamb v. Lamb, 939 So.2d 918 (Ala.Civ. App.2006); L.L.M. v. S.F., 919 So.2d 307 (Ala.Civ.App.2005); Headrick v. Headrick, 916 So.2d 610 (Ala.Civ.App.2005); Mann v. Mann, 725 So.2d 989 (Ala.Civ.App.1998); I.M. v. J.P.F., 668 So.2d 843 (Ala.Civ.App. 1995); and Clemons v. Clemons, 627 So.2d 431 (Ala.Civ.App.1993).
THOMPSON and PITTMAN, JJ., concur.
CRAWLEY, P.J., concurs in the result, without writing.
MURDOCK, J., dissents, with writing.
MURDOCK, Judge, dissenting.
I conclude that the juvenile court lacked subject-matter jurisdiction over what appears to be a custody dispute between two parents. Consequently, in accordance with my special writing in J.W.J. v. P.K.R., 906 So.2d 182, 188-92 (Ala.Civ.App.2005) (Murdock, J., concurring in part and concurring in the result in part), and this court's opinion in Ex parte K.L.P., 868 So.2d 454 (Ala.Civ.App.2003), I respectfully dissent.